159 F.3d 1350
 Richard Croasman
v.
Pennsylvania Department of Corrections, Pennsylvania Board
of Probation and Parole, Martin F. Horn, Commissioner
Department of Corrections, Jeffrey Beard, Deputy
Commissioner Department of Corrections Central Region, John
W. McCullough, Superintendent SCI-Houtzdale, William Speck,
Deputy Superintendent, SCI-Houtzdale, J. Barry Johnson,
Deputy Superintendent Centralized Services, SCI-Houtzdale,
Mrs. Kathy M. Emel, Grievance
 NO. 98-3026
 United States Court of Appeals,
Third Circuit.
 July 29, 1998
 Appeal From: W.D.Pa. ,No.97cv00215J
 
 1
 Affirmed.